FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JUN 2 7 2014  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kenneth Eng

Plaintiff

Officer X (X is not a placeholder, it is his actual last name)

Defendant

COMPLAINT  VITALIANO, J.

CV 14        4036

BLOOM, M.J.

    I.    Parties

Plaintiff Kenneth Eng resides at PO Box 527315, Flushing, NY 11352
Defendant Officer X is an officer of the NYPD who works around the Elmhurst area in Queens

    II.    The jurisdiction of the Court is invoked pursuant to Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e)

    III.    I am filing this legal action because I witnessed Officer X (this was on his badge, ergo I assume it is his real last name) discriminating against and abusing his partner, an Asian Woman (I think the name on her badge was Park, but I am not certain).

Officer X, a nigger, and his partner Park responded to a complaint I had against a woman who attacked me on the 7 train at the Elmhurst 90th Street stop. While dealing with the complaint, I saw Officer X yelling at Officer Park and giving her rude orders. He stated, "Get back over there and watch him! What are you doing here?! Go watch him! Now!"

From my previous experience with niggers, I have no doubt that Officer X was abusing her because of her ethnicity. I have seen coons hurl racial slurs at Asians repeatedly, and the fact that he wears a badge does not mean he is incapable of evil.

Furthermore, he did not handled the complaint effectively. I told him that the woman I was complaining against had attacked me, shoved me, threatened me, and taken my cell phone only to throw it on a train seat. Officer X regarded this as nonsense. I suspect that he may have sided with the attacker because she was a Mex.

I know it might be insulting to Officer Park to file a complaint on behalf of Officer Park, but someone needs to stand up for the Asian Race – the Master Race. There is no doubt in my mind that niggers and other dark-skinned officers in the NYPD have been doing this to Asians in the NYPD on a large-scale level. This was not the first time I've seen this sort of thing. I am confused as to why Officer Park would tolerate such abuse from a cowardly shithole like Officer X (who would certainly not have the courage to do this to someone the size of Yao Ming), but perhaps the niggers in the NYPD (ie. the crime organization "100 Black Men In Law Enforcement") have

threatened her and other Asians. I strongly suspect this is the case, as to sacrifice one's principles like that surely goes against the code of Bushido.

Furthermore, I recall that there was a negro gangster by the name of "X" back in the 60s who masqueraded as a "civil rights leader". Officer X may be somehow connected to this.

By the way, I am an Asian Supremacist, ergo I am not expressing anger at the court when I use the word nigger or coon. It is part of my code to refer to the slave chimps in such a way.

Officer X has been reported to the CCRB. I plan to complain to every other organization that handles this sort of thing.

IV.    I am asking that the Court order the NYPD to remove Officer X from duty immediately. The NYPD for the most part does a great job of keeping niggers in prison where they belong, but they should be ashamed to have bags of shit like Officer X in uniform. I am also asking that the court order Officer X to pay $200,000,000 to the government of Hong Kong and the same amount to the government of Vietnam. I ask for $5,000 from this dirtbag.

June 25, 2014

917-573-9453

(in filing in PACER, please redact this phone number and signature)